UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH ODAWARE WHITE (#319932)

VERSUS                                                          CIVIL ACTION

GARY LANGLEY                                                    NUMBER 08-142-RET-DLD

ORDER

Before the court is the defendant's Motion to Dismiss. Record document number 20.

Defendant moved to dismiss the complaint pursuant to Rule 12(b), Fed.R.Civ.P., on the grounds that the plaintiff failed to exhaust administrative remedies. A review of the motion to dismiss showed that the defendant relied on documents outside of the pleadings. Therefore;

IT IS ORDERED that the defendant's Motion to Dismiss shall be converted to a Motion for Summary Judgment pursuant to Rule 56, Fed.R.Civ.P.

IT IS FURTHER ORDERED that the plaintiff is granted 20 days from the date of this order to file an opposition to the defendant's motion for summary judgment together with any appropriate summary judgment evidence .

Baton Rouge, Louisiana, _July 28_____, 2008.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE